IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HIGHLANDS BCG, Ltd.,**

    **Plaintiff,**

  vs.                                Civil Action 2:10-CV-436
                                       Judge Sargus
                                       Magistrate Judge King

**ESCALATE, Inc.,**

    **Defendant.**

### ORDER

    Upon joint motion, Doc. No. 41, the date by which the reports of primary experts must be disclosed is **EXTENDED** to November 1, 2011 and the date by which the reports of rebuttal experts must be disclosed is **EXTENDED** to December 1, 2011.  All discovery must be completed no later than January 1, 2012.

    All other dates established in the *Preliminary Pretrial Order*, Doc. No. 35, including the January 15, 2012 dispositive motions filing date and the referral to the December 2011 Settlement Week, remain, as do the dates established in the *Order Setting Trial Date and Settlement Conference*, Doc. No. 40.

                                              *s/Norah McCann King*
                                              Norah McCann King
                                              United States Magistrate Judge

September 1, 2011